IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PATTSY S. PELATE,

   Petitioner,

      v.

UNITED STATES OF AMERICA,

   Respondent.

Case No. 16-cv-00999 - JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY **ORDERED AND ADJUDGED** that petitioner Pattsy S. Pelate's motion (Doc. 1) to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255 is **denied** and that judgment is entered in favor of respondent **United States of America** and against petitioner **Pattsy S. Pelate**, and that this case is dismissed with prejudice.

**DATED:** 9/12/2016                 JUSTINE FLANAGAN, Acting Clerk of Court
                                                *s/Tina Gray*, **Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**